IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDWEST WEB, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR MIDDLETON CAPITAL HOLDINGS, INC., an Ohio corporation; LINCOLN TREASURY, LLC, an Ohio limited liability company; and HEAT SURGE, LLC, an Ohio limited liability company;<br><br>Defendants. | 4:25CV3057<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The parties' Joint Motion to Continue Deadlines, Filing No. 36, is granted.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1)     The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for April 28, 2026 is continued and will be held with the undersigned magistrate judge on **July 14, 2026** at **1:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

1

2)      The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is June 5, 2026.

3)      The deadline for filing motions to dismiss and motions for summary judgment is August 28, 2026.

4)      The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 26, 2026.

5)      Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6)      All other deadlines and provisions in the Court's Final Progression Order, Filing No. 26, not amended herein remain unchanged.

Dated this 27th day of April, 2026.


BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2